

# MCMAHON LAW FIRM, LLC
P.O. Box 880567 | Boca Raton, FL 33488 | 561.487.7135 | 561.807.5900
BILL@MLFLLC.COM

January 5, 2011

**VIA FEDERAL EXPRESS**
**OVERNIGHT DELIVERY**

Rich Kriese
President
Dataflow Systems, Inc.
4544 Independence Square
Indianapolis, IN 46203

    Re:    **Arrival Star S.A. and Melvino Technologies Limited**
            **Licensing Proposal for U.S. Patent Numbers: 6,904,359; 6,486,801; 6,714,859;**
            **6,317,060; 6,748,320; 6,952,645; 7,030,781; and 7,400,970**
            **File Number: BW01032011 – Dataflow**

**FOR SETTLEMENT PURPOSES ONLY**
**PURSUANT TO FRE 408**

Dear Mr. Rich Kriese:

       We represent inventor Martin Kelly Jones, ArrivalStar S.A. and Melvino Technologies Limited (collectively "ArrivalStar") in the licensing and enforcement of ArrivalStar's United States Patent Numbers 6,904,359 ("the '359 patent"); 6,486,801 ("the '801 patent"); 6,714,859 ("the '859 patent"); 6,317,060 ("the '060 patent"); 6,748,320 ("the '320 patent"); 6,952,645 ("the '645 patent"); 7,030,781 ("the '781 patent"); 7,400,970 ("the '970 patent"); and 25 additional related U.S. patents, five Canadian patents, and any patents that issue in the future from ArrivalStar's several pending U.S. patent applications and their foreign counterparts (collectively "the ArrivalStar Patents"). Please see Schedule A attached. Generally, the ArrivalStar Patents are directed to arrival and status messaging systems and methods for the transportation, transportation logistics, cargo shipment, package delivery, package tracking and related industries. Enclosed are copies of the '359, '801, '859, '060, '320, '645, '781 and '970 patents for your reference.

       Dataflow Systems, Inc.'s (hereinafter referred to as "Dataflow") "Supplier Portal" including "ASN and Automated Email Communication" use patented technologies for tracking and messaging information associated with shipments infringes claims of the '359, '801, '859, '060, '320, '645, '781 and '970 patents, and likely many of the other 25 patents in the ArrivalStar portfolio. I am writing with the hope of amicably resolving this issue and to offer

1



# MCMAHON LAW FIRM, LLC
P.O. Box 880567 | Boca Raton, FL 33488 | 561.487.7135 | 561.807.5900
BILL@MLFLLC.COM

Dataflow a license to continue practicing the inventions claimed in the ArrivalStar Patents under highly favorable terms.

ArrivalStar has actively pursued the licensing of its arrival notification technology in the transportation, transportation logistics, cargo shipment, package delivery and package tracking industries since mid-2005. Since that time ArrivalStar has licensed its technology to over 170 companies. Although many of these licenses were granted in settlement of patent infringement actions filed by ArrivalStar, many resulted from amicable business negotiations. Once you and your attorneys are acquainted with the claims of the '359, '801, '859, '060, '320, '645, '781 and '970 patents, we are hopeful that Dataflow will work with us to reach an amicable resolution of this matter.

## BACKGROUND

Martin Kelly Jones, the founder of ArrivalStar, is the inventor of the methods and systems claimed in the '359, '801, '859, '060, '320, '645, '781 and '970 patents, and other ArrivalStar Patents, which cover a multitude of open architecture arrival and status messaging systems and methods. Generally, Mr. Jones' inventions are directed to systems and methods that enable users to receive important vehicle and/or shipment status and arrival information through the use of common communication devices, including, among others, telephones, wireless communication devices, PDAs and PCs. By keeping users more informed about status and arrival information, Mr. Jones' inventions have significantly reduced the downtime traditionally experienced by millions of people every day waiting on the arrival of transportation, cargo and package delivery vehicles.

Mr. Jones conceived his inventions in 1985 when he observed a young girl waiting at a school bus stop on a rainy, foggy Atlanta morning. From that moment, Mr. Jones undertook to develop an advanced arrival notification system that would, in addition to a myriad of other applications, ensure the safety of school children by minimizing their wait time at bus stops.

From 1986 until 1992, Mr. Jones continued to research and identify the many potential uses for his technology. In 1992, Mr. Jones formed Global Research Systems, Inc. to continue his research and development and, eventually, to commercialize his technology. In 1993, Mr. Jones filed his first patent application. Since then, 34 patents have issued on Mr. Jones' technology, and it has been successfully tested and deployed in several markets. In 2002, ArrivalStar, Inc., the predecessor of ArrivalStar S.A., was formed to continue to develop and commercialize the ArrivalStar technology.



# MCMAHON LAW FIRM, LLC
P.O. Box 880567 | Boca Raton, FL 33488 | 561.487.7135 | 561.807.5900
BILL@MLFLLC.COM

Because the ArrivalStar technology significantly reduces waiting time and dramatically increases efficiency, it has application in the over-the-road, air, rail and oceangoing transportation markets, as well as the cargo, package delivery and package delivery notification markets.

## THE SYSTEMS AND METHODS AT ISSUE

After careful review, ArrivalStar has determined that the "Dataflow" automatically verifies shipments and provides Advance Shipping Notices which includes tracking and messaging technologies that are protected within United States Patents:

http://www.dsiworld.com/steel-mill-automation-software.htm

**Shipment Load Setup & Scheduling Features**

Assigns shipment to truck or rail car loads

Schedules loads with carriers

Automatically verifies shipment and generates an invoice
Provides Advance Shipping Notices

**Production Status Displays Benefits**

Provides 'real time' information for better decision making
Enables faster, more accurate response to customer inquiries

**Outside Processing Features**

Using FTP, EDI, XML, or a dedicated thin client linkage, automates the exchange of data
between your facilities and vendors providing finishing services

Provides detailed instructions for all operations to be performed on products
Contains shipping information for direct shipment to customers

**Inventory Control & Location Tracking Features**

Enables easy location tracking during the production cycle

Maintains accurate physical inventory

Automatically generates bar code labels at each work-center
Galv line "warmer" coil tracking

3



# MCMAHON LAW FIRM, LLC
P.O. Box 880567 | Boca Raton, FL 33488 | 561.487.7135 | 561.807.5900
BILL@MLFLLC.COM

Processes EDI contracts, freight changes, ASN's and vendor invoices

Please note that the '359, '781, '320, '645, '970 and other patents in the ArrivalStar portfolio state that tracking updates *can be utilized on single sensors such ...<u>**as a package is scanned**</u>* ...

Please also note that the '359, '781, '320, '645, '970 and other patents in the ArrivalStar portfolio state that activation of impending arrival messages to users can be set... day/s before the vehicle is to arrive.

This and other areas of Dataflow's services infringe claims of the '359, '801, '859, '060, '320, '645, '781 and '970 patents, and likely several others in the ArrivalStar portfolio. Although an exhaustive explanation of all aspects of Dataflow's infringement of these patents is beyond the scope of this letter, we generally direct your attention to claim 11 of the '359 patent; claims 1 and 2 of the '781 patent; claims 1 and 11 of the '320 patent; claims 1, 30 and 41 of the '645 patent; and claim 1 of the '970 patent. Here are just five of the many patents and claims that Dataflow is currently using:

*"U.S. Patent 6,904,359 -- Claim 21. A method comprising the steps of:*

*(a) <u>**permitting a user to predefine**</u> at a computer system <u>**one**</u> or more <u>**events that will cause**</u> creation and communication of <u>**a notification**</u> relating to the status of a mobile vehicle in relation to a location,*

*<u>**wherein the one**</u> or more <u>**events comprises**</u> at least one of the following: distance information specified by the user that is indicative of a distance between the vehicle and the location, <u>**location information specified by the user that is indicative of a location or region that the vehicle achieves during travel**</u>, time information specified by the user that is indicative of a time for travel of the vehicle to the location, or a number of one or more stops that the vehicle accomplishes prior to arriving at the location;*

*(b) <u>**tracking movement**</u> of the vehicle as it moves toward the location; and*

*(c) <u>**communicating a notification**</u> on a status of the vehicle from the computer system <u>**to a user**</u> communication device <u>**upon occurrence of the one**</u> or more <u>**events**</u> by
the vehicle during the travel, the user communication device being a general-purpose communications device that is remote from the location and and the vehicle whose*

4



# MCMAHON LAW FIRM, LLC
P.O. Box 880567 | Boca Raton, FL 33488 | 561.487.7135 | 561.807.5900
BILL@MLFLLC.COM

*travel is being monitored and that is designed to communicate with other communications devices that are undedicated to the computer system, where in the computer system is located remotely from the vehicle."*

*"U.S. Patent 7,030,781 – Claim 1 (of 14). A method, comprising the steps of:*

*monitoring travel data associated with the vehicle; <u>**comparing planned timing**</u> of the vehicle along a route <u>**to updated vehicle status information**</u>; <u>**contacting a user communications device**</u> before the vehicle reaches a vehicle stop along the route; and <u>**informing the user of the vehicle delay**</u> with respect to the vehicle stop and of updated impending arrival of the vehicle at the vehicle stop, based upon the updated vehicle status information and the planned timing."*

*"U.S. Patent 6,748,320 – Claim 11. An advance notification system for notifying a user of an impending arrival of a vehicle at a vehicle stop and for <u>**permitting a user to solicit a vehicle progress report**</u> relating to said vehicle, comprising:*

*a user communications device associated with said user; <u>**a computer system for monitoring travel of said vehicle**</u> in relation to said vehicle stop;*
*a system communications device in communication with said computer system, said system communications device for communicating with said user communications device at a time before said vehicle reaches said vehicle stop; and*

*vehicle progress report generator associated with said computer system for <u>**permitting said user to solicit a vehicle progress report relating to said vehicle**</u> by providing said vehicle progress report from said computer system to said user communications device during a communication link between said user and said system communications device."*

*"U.S. Patent 6,952,645 – Claim 30. A method <u>**for automatically activating vehicle status reporting**</u> within a vehicle tracking system, comprising the steps of:*

<u>**receiving a vehicle indicator and a location indicator from a user**</u> at a remote location; identifying a vehicle based on said vehicle indicator; identifying a proximity based on said location indicator; receiving travel data identifying said vehicle and indicating a location of said vehicle;

<u>**monitoring travel of said vehicle**</u> based on said travel data; determining, based on said monitoring step, whether said vehicle is within said proximity; <u>**and transmitting a message to said user**</u> in response to a determination in said determining step that said vehicle is within said proximity."



# MCMAHON LAW FIRM, LLC
P.O. Box 880567 | Boca Raton, FL 33488 | 561.487.7135 | 561.807.5900
BILL@MLFLLC.COM

"*U.S. Patent 7,400,970 – Claim* 1. A computer based notification system, comprising:

means for enabling communication with a <u>user that is designated to receive delivery of a package</u>; means for presenting one or more selectable options to the user, the selectable options including at least an activation option for instigating monitoring of travel data associated with a vehicle that is delivering the package to the user;

<u>means for requesting</u> entry by the user of a <u>package identification number</u> or package delivery number, each pertaining to delivery of the package; means for identifying the vehicle based upon the entry; means for requesting entry by the user of contact information indicating one or more communication media to be used in connection with a notification communication to the user; means for monitoring the travel data; and <u>means for initiating the notification</u> communication pertaining to the package via the one or more communication media, based upon the travel data."

Our analysis further indicates that Dataflow's infringement is not merely incidental as the "Dataflow' Comprehensive Reporting Features" includes many patent protected technologies for tracking and providing visibility of shipments to users. Because of Dataflow's existing patented usages, it is likely that within court Depositions and Discovery, many of the company's systems will be determined to be covered within many of the 33 United States patents in the ArrivalStar portfolio.

**Comprehensive Reporting Features**

- Virtually any data that is captured by the MIPS system can be turned into a report
- Large number of standard reports, including:
    - Ready-to-Ship Inventory
    - Automated Ready-to-Ship Fax
    - Automated Shipping Notice Fax
    - Schedule Snapshot
    - Physical Inventory
- Interfaces with third party reporting and business intelligence tools

**Comprehensive Reporting Benefits**

- Assures complete records
- Saves time and enables more accurate reporting



# MCMAHON LAW FIRM, LLC
P.O. Box 880567 | Boca Raton, FL 33488 | 561.487.7135 | 561.807.5900
BILL@MLFLLC.COM

- Identifies hidden bottlenecks
- Easy to identify most profitable product grades, customers, employees, etc.
- Enables easier analysis, planning and decision making

These and perhaps other functionalities of Dataflow are covered by claims of the '359, '801, '859, '060, '320, '645, '781 and '970 patents. We are confident that Dataflow will reach the same conclusion when it has analyzed its systems and products in view of the '359, '801, '859, '060, '320, '645, '781 and '970 patents.

## ARRIVALSTAR'S LICENSING PROGRAM

As noted above, ArrivalStar has licensed its arrival notification technology to over 170 companies in the transportation, transportation logistics, cargo shipment, package delivery and related industries, including, but not limited to, the following:

| | |
|---|---|
| A. Duie Pyle, Inc. | i2 Technologies, Inc. |
| ABF Freight System, Inc. | Infor Global Solutions (Chicago) |
| Acsis, Inc. | Lynden Inc. |
| Air Canada | NextBus Inc, |
| American Express Travel | Nistevo Corporation |
| APL Logistics Company | Northwest Airlines |
| Atlantic Container Line AB | NYK Logistics |
| BNSF Railway Co. | OAG Worldwide, Lmtd. |
| C.R. England, Inc. | Ozburn Hessey Logistics |
| Canada National Railway Co. | Par3 Communications |
| Catalyst International, Inc. | Pitt-Ohio Express, LLC |
| City of Albuquerque | Railcar Management, LLC |
| Clark Transport, Inc. | Railinc Corp. |
| Cleartrack Information Network | Sabre Holdings |
| Continental Automotive Systems | SAIA, Inc. |
| Con-Way Transportation Services | Saia Motor Freight Line, Inc. |
| Cosco Holding Company | Supply Chain Consulting |
| CSX Corporation | Trade-Point Systems, LLC |
| Dallas/Ft. Worth Int'l Airport Board | Travelocity |
| Descartes Systems Group, Inc. | United Airlines |
| Evergreen Maritime | Worldspan |



# MCMAHON LAW FIRM, LLC
P.O. Box 880567 | Boca Raton, FL 33488 | 561.487.7135 | 561.807.5900
BILL@MLFLLC.COM

Globe Express Services, Ltd.          Yang Ming
Horizon Lines

     Although ArrivalStar certainly prefers to resolve all licensing issues amicably, ArrivalStar has, when necessary, filed and aggressively litigated patent infringement lawsuits to enforce its patent rights. These cases have included, but are not limited to:

ArrivalStar, Inc. v. Maersk Logistics USA, ABF Freight System, Inc., NYK Logistics, Inc., Con-Way Transportation Services, Inc.
U.S. District Court for the Southern District of Florida: 1:05cv21046

Arrival Star, Inc. v. PBB Global Logistics, Inc.
U.S. District Court for the Northern District of Illinois: 1:05cv4766

Arrival Star, Inc. v. Cosco Container Lines Americas, Inc.
U.S. District Court for the Eastern District of Virginia: 1:05cv933

ArrivalStar SA et al. v. Globe Express Services, Ltd. et al.
U.S. District Court for the Western District of North Carolina: 3:06cv77

ArrivalStar SA et al. v. Pilot Air Freight Corp.
U.S. District Court for the Northern District of Illinois: 1:06cv51

ArrivalStar Ltd. et al. v. Tradebeam, Inc. and Cleartrack Information Network, Inc.
U.S. District Court for the Northern District of Illinois: 1:06cv82

ArrivalStar Ltd. et al. v. United Shippers Corporation of NY and Yang Ming (America) Corporation
U.S. District Court for the District of New Jersey: 2:06cv56

ArrivalStar SA et al. v. Tradepoint Systems, LLC
U.S. District Court for the District of New Hampshire: 1:06cv82

ArrivalStar SA et al. v. Pitt-Ohio Express, LLC
U.S. District Court for the Western District of Pennsylvania: 2:06cv413

ArrivalStar SA et al. v. Pilot Air Freight Corp.
U.S. District Court for the Eastern District of Pennsylvania: 2:06cv1382



# MCMAHON LAW FIRM, LLC
P.O. Box 880567 | Boca Raton, FL 33488 | 561.487.7135 | 561.807.5900
BILL@MLFLLC.COM

ArrivalStar SA et al. v. A. Duie Pyle, Inc.
U.S. District Court for the Middle District of Pennsylvania: 1:06cv766

ArrivalStar SA et al. v. SSA Global Technologies, Inc.
U.S. District Court for the Northern District of Illinois: 1:06cv2164

ArrivalStar SA et al. v. Atomicbox, Inc.
U.S. District Court for the Northern District of Ohio: 5:06cv964

ArrivalStar SA et al. v. Catalyst International Inc.
U.S. District Court for the Eastern District of Wisconsin: 2:06cv588

ArrivalStar SA et al. v. Railinc Corp.
U.S. District Court for the Eastern District of North Carolina: 5:06cv222

ArrivalStar SA et al. v. New Penn Motor Express, Inc.
U.S. District Court for the Middle District of Pennsylvania: 1:06cv1214

ArrivalStar SA et al. v. Saia Motor Freight Line, Inc.
U.S. District Court for the Northern District of Georgia: 1:06cv1606

ArrivalStar SA et al. v. APL Logistics, Inc.
U.S. District Court for the Northern District of California: 4:06cv4289

ArrivalStar SA et al. v. Acsis, Inc.
U.S. District Court for the District of New Jersey: 1:06cv3439

ArrivalStar SA et al. v. B E Logistics, Inc.
U.S. District Court for the Central District of California: 2:06cv4568

ArrivalStar SA et al. v. Lynden, Inc.
U.S. District Court for the Western District of Washington: 2:06cv1030

ArrivalStar SA et al. v. City of Albuquerque
U.S. District Court for the District of New Mexico: 1:07cv228

ArrivalStar SA et al. v. Dallas-Fort Worth International Airport
U.S. District Court for the Northern District of Texas: 3:07cv464



# MCMAHON LAW FIRM, LLC
P.O. Box 880567 | Boca Raton, FL 33488 | 561.487.7135 | 561.807.5900
BILL@MLFLLC.COM

<u>ArrivalStar SA et al. v. ShipMatrix, Inc., United Parcel Services, Inc. and FedEx Corp.</u>
U.S. District Court for the Western District of Pennsylvania: 2:07cv415

<u>ArrivalStar SA et al. v. UAL Corporation</u>
U.S. District Court for the Northern District of Illinois: 1:07cv2385

<u>ArrivalStar SA et al. v. Canadian National Railway Co., BNSF Railway Co., CSX Corporation, Inc., Siemans VDO Automotive, I2 Technologies, Inc. and Transworks, Inc.</u>
U.S. District Court for the Northern District of Illinois: 1:08cv1086

<u>ArrivalStar SA et al. v. Langham Logistics, Inc., Supply Chain Consulting U.S., LLC, Ozburn Hessey Logistics, LLC, Amtrex Trading, LLC and Fortigo, Inc.</u>
U.S. District Court for the Southern District of Indiana: 1:08cv1689

<u>ArrivalStar SA et al. v. Prophesy Transportation Solutions, Inc., NTE, LLC., NNR Global Logistics USA, Inc., Navitag Technologies, Inc., Flash Global Logistics, Inc., and CMA CGM, LLC.</u>
U.S. District Court for the Northern District of Illinois: 1:09cv2346

## **ARRIVALSTAR'S PROPOSED LICENSE**

ArrivalStar has been very successful enforcing its patent rights through both licensing and litigation. Although litigation can result in an enormous recovery after trial, the process generally proves to be extremely costly and time consuming for both parties. Because of these and other considerations, ArrivalStar proposes that the most reasonable, practical and economical course of action would be for the parties to amicably and promptly resolve all issues through a suitable licensing arrangement prior to any litigation.

To that end, and to encourage the continued use of ArrivalStar's patented technology, ArrivalStar proposes an upfront discounted license fee of $145,000 in exchange for a paid-up worldwide license for all of ArrivalStar's 33 United States patents, five Canadian patents and all future patents that claim priority to these patents. This proposed license fee, of course, is subject to early discussions and good faith communications toward a patent license.

Please contact me, or have your attorney contact me, by January 19, 2010. If I do not hear from you, your company's lawyer or another company representative by then I will assume that Dataflow is not interested in an amicable resolution of this matter. Thereafter this matter will be separated into two different cases. The Canadian lawyers representing the Canadian patents may proceed after their own infringement and serve Dataflow customers within Canada



# MCMAHON LAW FIRM, LLC
P.O. Box 880567 | Boca Raton, FL 33488 | 561.487.7135 | 561.807.5900
BILL@MLFLLC.COM

and we will proceed accordingly here in the court system of United States. We remain hopeful, however, that this will be unnecessary.

We thank you in advance for your consideration of our licensing proposal and look forward to working with you soon.

Sincerely,

William R. McMahon

cc: Mr. Martin Kelly Jones

# Schedule A

United States Patents

5,400,020
5,444,444
5,623,260
5,648,770
5,657,010
5,668,543
6,278,936
6,313,760
6,317,060
6,363,254
6,363,323
6,411,891
6,415,207
6,486,801
6,492,912
6,510,383
6,618,668
6,683,542
6,700,507
6,714,859
6,741,927
6,748,318
6,748,320
6,763,299
6,763,300
6,804,606
6,859,722
6,904,359
6,952,645
6,975,998
7,030,781
7,089,107
7,191,058
7,400,970

## Worldwide Patents

AT 257265
AT 273547
AU 2608700
AU 3393300
AU 3998401
AU 6284999
AU 6404799
AU 6453598
AU 7391696
BR 0007537
BR 0008670
BR 9808005
CA 2267206
CA 2283239
CA 2360288
CA 2363556
CA 2521206
CA 2528647
CN 1345413
DE 60104824
DE 69631255
EP 0929885
EP 0966720
EP 1261902
EP 1264296
MXPA01008914
WO 9814926
WO 0019171
WO 0019170